711 A.2d 1318

NATIONAL FEDERATION OF THE BLIND, et al.,

v.

The MARYLAND SCHOOL FOR THE BLIND.

No. 33, Sept. Term, 1998.

Court of Appeals of Maryland.

June 25, 1998.

Daniel F. Goldstein, Dana Whitehead McKee, Baltimore, for Appellant.

Deborah K. Besche, John Catizone, Baltimore, for Appellee.

Submitted to BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, RAKER, WILNER and CATHELL, JJ.

## ORDER

The Court having considered the joint motion to dismiss appeal and vacate decision below, in the above captioned case, it is this 25th day of June, 1998

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to the Court of Special Appeals with directions to vacate the judgment of the Circuit Court for Baltimore City and to remand the case to the Circuit Court for Baltimore City to dismiss the case on the ground of mootness.